UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**BRIAN DOUGHERTY, et al.,**
        **Plaintiffs,**

    **v.**                                        **Case No. 05C0584 (WD)**

**TAVERN LEAGUE OF WISCONSIN, INC., et al.,**
        **Defendants.**

---

### ORDER

In June 2008, the parties in this action notified the court that they were working together to reach a settlement agreement. On September 17, 2008, an attorney for plaintiffs stated that a draft agreement was being circulated to all parties. In light of this information, I will order the case to be administratively closed pending the outcome of the settlement negotiations. Should the parties fail to reach a settlement agreement, any party may reactivate the case, including any pending motions, by notifying the court in writing.

**THEREFORE, IT IS ORDERED** that this case is **ADMINISTRATIVELY CLOSED**.

Dated at Milwaukee, Wisconsin this 29 day of September, 2008.

                                            /s
                                            LYNN ADELMAN
                                            District Judge