UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Brian Dougherty, and Eric B. Stener, on behalf of themselves and all other similarly situated persons,<br><br>    Plaintiffs,<br><br>vs.<br><br>Tavern League of Wisconsin, Inc.;<br>Madison-Dane County Tavern League, Inc.;<br><br>Amy's Café, Inc.;<br>The Angelic Brewing Company, L.L.C.;<br>B.A.T. Inc., d/b/a Madhatters;<br>Blue Velvet Lounge, LLC;<br>Brothers of Wisconsin, Inc.;<br>Bull-Feathers Inc.;<br>The Bull Ring of Madison, Inc., d/b/a Irish Pub;<br>JSM INC, DBA RED SHED;<br>Kollege Klub, Inc.;<br>Marsh Shapiro's Nitty Gritty LLC;<br>Orbut of State Street, Inc., d/b/a Mondays;<br>Oscar, Inc., d/b/a Buffalo Wild Wings Grill & Bar;<br>Paul's Club, Inc.;<br>Plaza Tavern and Grill, Inc.;<br>The Pub, Inc.;<br>Schooner's Bar & Grill, Inc., d/b/a Lava Lounge;<br>Spices Restaurante, Inc., d/b/a Frida's Mexican Grill;<br>State Bar & Grill, LLC;<br>State Street Brathaus of Madison, Inc., d/b/a State Street Brats;<br>Stillwaters, Incorporated;<br>University Sports, Inc., d/b/a Johnny O's Restaurant & Bar;<br>Vintage, LLC; | **Court File No. 05 C 0584 C**<br><br><br><br><br><br><br><br><br><br><br><br>VOLUNTARY DISMISSAL OF DEFENDANTS TAVERN LEAGUE OF WISCONSIN, INC., ROBERT WOOD JOHNSON FOUNDATION, TIMOTHY BRUER, MARINUS PETRI, CHANCELLOR JOHN WILEY |

| | |
|---|---|
| Walnut Hollow Enterprises, LLC, d/b/a<br>   Plaza Tavern & Grill;<br>Wando Ventures Inc.;<br>Wisconsin Ventures, Inc., d/b/a<br>   Club Amazon;<br>Zapl, LLC, d/b/a City Bar;<br><br>Timothy Bruer;<br>Marinus (Rick) Petri, Esq.;<br>Chancellor John E. Wiley,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiffs by and through their counsel and pursuant to Rule 41(a), Federal Rules of Civil Procedure, do hereby voluntarily dismiss the Amended Complaint against the following defendants:

Tavern League of Wisconsin, Inc.;
Robert Wood Johnson Foundation;
Timothy Bruer;
Marinus Petri;
Chancellor John Wiley.

The remaining defendants are not dismissed.

GRANTED
This ___ day of _____ 2008

LYNN ADELMAN
U.S. District Judge

June 17, 2008        Respectfully Submitted;

LOMMEN, ABDO, COLE, KING & STAGEBERG, P.A.

BY _____
Kay Nord Hunt, No. 1014790
Attorneys for Plaintiff
2000 IDS Center
80 South 8th St
Minneapolis, Minn.
612 339 8131
FAX: 612 339 8064
KAY@LOMMEN.COM