IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN DOUGHERTY and ERIC B. STENER,
on behalf of themselves and all other
similarly situated persons,

        Plaintiffs,

v.                                                                              Case No. 05-C-0584-C

TAVERN LEAGUE OF WISCONSIN, INC.,
et al.,

        Defendants.

## ORDER FOR DISMISSAL

Based upon the Stipulation for Dismissal signed by the parties,

IT IS HEREBY ORDERED that:

1. Defendants' motions for sanctions against Plaintiffs and Lommen, Abdo, Cole, King & Stageberg, P.A. are withdrawn.

2. The case is dismissed with prejudice.

3. Each party will bear its own costs.

Dated this 23 day of Oct 2008.

BY THE COURT:

_____
Hon. Lynn S. Adelman

3105024_1

**Exhibit B**